UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:<br>LATANYA DICKERSON-TEDDER<br>        Debtor | CASE No:  10-30607-KRH<br>Chapter 13 |
| SELECT PORTFOLIO SERVICING, INC., AS SERVING AGENT FOR U.S. BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-HE7, ASSET-BACKED CERTIFICATES SERIES 2005-HE7<br>              Movant,<br>   v.<br><br>LATANYA DICKERSON-TEDDER., Debtor<br>CARL M. BATES, Trustee,<br>              Respondents. | |

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of Select Portfolio Servicing, Inc., as serving agent for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2005-HE7, Asset-Backed Certificates Series 2005-HE7 to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. Section 362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 7605 King Eider Dr, Richmond, VA 23231, and is more particularly described as follows:

> ALL THAT certain lot, piece or parcel of land, with the buildings and improvements thereon, lying, situate and being in the Varina District, Henrico County, Virginia, and being designated as Lot 14, Block J, as shown on that certain plat entitled "FOUR MILE RUN, SECTION D, VARINA DISTRICT, HENRICO COUNTY, VIRGINIA", plat by Engineering Design Associates Consulting Engineers & Surveyors, dated December 3,2003, recorded in the Clerk`s Office of the Circuit Court of Henrico County, Virginia, in Plat Book 119, at pages 113 through 117, and to which a plat reference is made for a more particular description of the property herein ..
>
> IT BEING the same property conveyed to the Grantor herein by deed of LIFESTYLE HOMES AT FOUR MILE RUN, LLC, a Virginia limited company, bearing even date herewith and intended to .b e recorded simultaneously herewith as part of one and the same transaction, this deed of trust being given to secure a purchase money loan.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

FURTHER ORDERED, that the Movant shall promptly notify the Court and the Chapter 13 Trustee in writing of the results of any foreclosure of the subject deed and pay to the Chapter 13 Trustee any excess funds received from such foreclosure sale, to be disbursed upon agreement with the Debtor(s) or upon further order of the Court.

FURTHER ORDERED, that upon entry of the order granting relief from the automatic stay of 11 U.S.C. §362, the Trustee will immediately cease making any payments on the Movant's secured claim which were required by the plan. Any amended unsecured claim for a deficiency must be filed by the Movant, with an accounting showing how the deficiency was calculated, within 120 days from the date on which the order lifting stay is entered, or such claim against the bankruptcy estate shall be forever barred.

DONE at Richmond, Virginia, this _____ day of _____, 20___

Aug 22 2014

/s/ Kevin R. Huennekens
_____
Judge
United States Bankruptcy Court

Entered on Docket:8/22/14

I ASK FOR THIS:

_/s/   James M. Collins, Esq._
James M. Collins, Esq.  VABN: #32460
Morris|Hardwick|Schneider, PLLC
22375 Broderick Drive
Suite 260
Dulles, VA 20166
Ph:   703-330-3265
Fax:  703-330-8315
Email: vaecf@closingsource.net
Attorney for Movant


SEEN: AGREED

*/s/ Carl M. Bates*
Carl M. Bates, Trustee
PO Box 1819
Richmond, VA 23218
Chapter 13 Trustee

## CERTIFICATION

The undersigned certifies, pursuant to Rule 9071-1(c) that all necessary parties have endorsed the foregoing Order and that the Order is ready for entry.

   */s/ James M. Collins, Esq.*
Attorney for Movant


Will the clerk please send copies of this Order in electronic format to all parties who are listed on the ECF system and to:


Latanya  Dickerson-Tedder
1600 Oak Place Blvd
#202
Richmond, VA 23231
Debtor